# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA WHITEFIELD, : <br> Plaintiff, : <br> v. : <br> : <br> NATIONSTAR MORTGAGE, LLC : <br> s/b/m to Seterus, Inc., : <br> Defendant. : | CIVIL ACTION NO. 19-217 |

## ORDER

**AND NOW**, this 15th day of January 2020, upon consideration of Defendant's Motion to Dismiss [Doc. No. 14] and the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows. The Motion is **GRANTED** as to Plaintiff's individual and class claims for unjust enrichment, which are **DISMISSED** with prejudice. The Motion is also **GRANTED** as to Plaintiff's individual claim for breach of contract, which is **DISMISSED** as moot. The Motion is **DENIED** as to Plaintiff's class claim for breach of contract.

It is further **ORDERED** that Defendant shall answer the Amended Complaint, specifically Plaintiff's Fair Credit Reporting Act claim and the class claim for breach of contract, by **February 5, 2020**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**